IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANGELA DUTTON PLAINTIFF

v. CIVIL NO. 5:26-cv-05065

FRANK BISIGNANO, Commissioner
Social Security Administration DEFENDANT

**O R D E R**

Comes now the Court on this 27th day of August 2026, upon being well and duly advised, finds as follows:

The Clerk of Court was directed to administratively terminate this matter by an Order entered on June 29, 2026, for the purpose of allowing the Defendant to obtain and file missing parts of the certified administrative record (CAR) including the transcript of an administrative hearing held on August 27, 2024. (Tr. 10). Defendant filed their Supplement to the CAR on August 26, 2026. (Tr. 11). **Accordingly, the Clerk of Court is directed to re-open this case.**

Plaintiff shall file her appeal brief on or before September 28, 2026. Defendant shall file their appeal brief on or before October 28, 2026. Plaintiff may file a reply brief on or before November 11, 2026.

IT IS SO ORDERED this 27th day of August 2026.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE